ACCEPTED
14-15-00252-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/23/2015 9:24:42 AM
CHRISTOPHER PRINE
CLERK

## No. 14-15-00252-CR

In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

10/23/2015 9:24:42 AM

CHRISTOPHER A. PRINE
Clerk

———————◆———————

No. 1390666
In the 351st District Court
Of Harris County, Texas

———————◆———————

**JUAN JOSE QUINTERO**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

———————◆———————

STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

———————◆———————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to Tex. R. App. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The State charged the appellant with murder by intentionally and knowingly causing the death of Ronald Stelly, and the jury found the appellant guilty (CR – 22, 142; 4 RR 47). The trial court sentenced him in accordance with the jury's verdict to life in prison in the Texas Department of Criminal Justice, Institutional Division (CR – 149, 151-52; 5 RR 52). The appellant timely notice of appeal, and the trial court

certified that he had the right to appeal (CR – 154-56). The State's brief is due on October 23, 2015. This is the State's second request for an extension. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

a. The record in this case is over thirty-four megabytes in length split over seven volumes and will take some time to process. The appellant brings two points of error. The undersigned attorney has read the record and is currently working to address the appellant's claims.

b. The undersigned attorney was involved in completing the following written appellate projects since the appellant filed his brief:

| (1) | *Rafael Avellaneda v. The State of Texas*<br>No. 14-14-00509-CR<br>Brief Filed August 17, 2015<br>Prepared Findings of Fact and Conclusions of Law<br>Filed Proposed Findings August 28, 2015 |
|---|---|
| (2) | *Santos Cruz-Escalante v. The State of Texas*<br>No. 01-15-00118-CR<br>Brief Filed August 27, 2015 |
| (3) | *Jason Snavely v. The State of Texas*<br>01-15-00185-CR<br>Brief Filed September 3, 2015 |
| (4) | *Larry Torres v. The State of Texas*<br>14-15-00155-158-CR<br>Brief Filed September 18, 2015 |
| (5) | *Alfredo Lara v. The State of Texas*<br>01-15-00472-CR<br>Brief Filed September 24, 2015 |
| (6) | *Tyran Riley v. The State of Texas*<br>14-15-00081-CR<br>Brief Filed October 6, 2015 |

(7) | *Christian A. Norris v. The State of Texas*
01-15-00484-CR, 01-15-00485-CR
Brief Filed 10 13, 2015

Consequently, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant a thirty day extension of time for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,

/s/ *Katie Davis*

KATIE DAVIS
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Niles Illich
701 Commerce, Suite 400
Dallas, TX 75202
972-802-1788/p
972-236-0088/f
[Niles@appealstx.com](mailto:Niles@appealstx.com)


/s/ *Katie Davis*

KATIE DAVIS
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242


Date:  October 23, 2015